PROB 34
1/92

JCS

Report and Order Terminating Probation/
Supervised Release

# United States District Court

For The

Western District of Michigan

UNITED STATES OF AMERICA

v.    Crim. No. 1:96:CR:53:02

**JAMES NORBERT NAPIER, JR.**

It appearing the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and the period of supervised release expired on <u>November 30, 2002</u>. I therefore recommend the defendant be discharged from supervised release and the proceedings in the case be terminated.

Respectfully submitted,

Jeffrey C. Sanderson
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and the proceedings in the case be terminated.

Dated this 11 day of December, 2002.

Robert Holmes Bell
Chief U.S. District Judge

249