UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff          Case No. 1:96:CR:53

Vs          Hon. Robert Holmes Bell
         District Court Judge

RODGER BRUCE YATES, et al

        Defendant
_____/

| Donald A. Davis | Richard E. Zambon |
|---|---|
| United States Attorney | Attorney for Defendant |
| The Law Bldg., 5th Floor | 507 Waters Bldg. |
| 300 Ionia Ave., NW | 161 Ottawa Ave., NW |
| Grand Rapids, MI 49503 | Grand Rapids, MI 49503 |
| (616)456-2404 | (616)456-7831 |

NOTICE OF WITHDRAWL

    NOTICE IS HEREBY GIVEN that Richard E. Zambon hereby withdraws as counsel for the defendant, Rodger Bruce Yates for the reason that counsel was assigned to represent defendant through trial and appeal; defendant's appeal has been completed and his conviction affirmed on appeal and further that defendant is now deceased.

Dated: February 11, 2009          /s/Richard E. Zambon
        Richard E. Zambon P31927
        Mitchell & Zambon, P.C.
        507 Waters Bldg. Waters bldg.
        161 Ottawa Ave., NW Ottawa Ave., NW
        Grand Rapids, MI 49503
        (616)456-7831)456-7831